USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/12

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Charles
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Gilead Kreiter
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12 Civ. 4171 ( ) ( )

**NOTICE OF APPEARANCE**

Please take notice that I, Gilead Kreiter _____, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Brooklyn , NY
       *(town/city)*  *(state)*
       August  23 , 20 12

_____
*Signature of Defendant*

291 14th Street
*Address*

Brooklyn, NY 11215
*City, State & Zip Code*

718 360 1354
*Telephone Number*

718 788 0859
*Fax Number (if you have one)*

*Rev. 05/2007*                     3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Charles

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

Gilead Kreiter

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

12 Civ. 4171 ( ) ( )

**AFFIRMATION OF SERVICE**

I, Gilead Kreiter
_(name)_, declare under penalty of perjury that I have served a copy of the attached Answer
_(document you are serving)_

upon Elizabeth Shollenberger
_(name of person served)_ whose address is 343 Manville Road, Pleasantville, New York, 10570
_(where you served document)_

by email to: eshollenberger@schlangerlegal.com and certified mail
_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: Brooklyn, NY
_(town/city)_  _(state)_

August 23, 2012
_(month)_ _(day)_ _(year)_

Signature

291 14th Street
_Address_

Brooklyn, NY
_City, State_

11215
_Zip Code_

718 360 1354
_Telephone Number_

Rev. 05/2010