UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Michael Charles

        Plaintiff,

VS.

Gilead Kreiter

        Defendant.

Index No. 12 CV 4171

**ANSWER TO AMENDED COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/4/12

---

Defendant, Gilead Kreiter answers Plaintiff's allegations, upon information and belief as follows:

1. Denies that he violated the Fair Debt Collection Practices Act ("FDCPA").

2. Denies that he did anything illegal or abusive in collection of Michael Charles' valid debt.

3. Denies jurisdiction of this Court.

4. Denies supplemental jurisdiction of this Court.

5. Denies this Court can pass judgment pursuant to 28 U.S.C. 2201 and 2202.

6. Denies venue in this district is proper because Plaintiff lives at 18 Carrera Street in Saint Augustine, Florida, 32084. Defendant admits that he transacts business in Kings County. Defendant denies that any acts or transactions pertinent to this action occurred in this district.

7. Defendant admits that Michael H. Charles is a consumer.

8. Defendant admits that he is a natural person doing business as Bloomingdale Road Judgement Recovery with a principal place of business at 291 14th Street, Brooklyn, NY 11215.

9. Defendant denies that he is a debt collector as defined by 15 U.S.C. 1692a(6)

10. Defendant is unable to admit or deny that Mr. Charles maintains a bank account with JPMorgan Chase Bank, N.A..

11. Defendant is unable to admit or deny what Mr. Charles may have learned from JPMorgan Chase Bank, N.A..

12. Defendant is unable to admit or deny what the contents of the subpoena were

13. Defendant denies Plaintiff assertion. Defendant asserts that caption exits in the County Court of Broward County Florida.

14. Defendant admits that the judgment captioned "Palisades Collection LLC vs Michael H. Charles" has index number CV-008269-08/NY.

15. Defendant agreed to vacate the judgment in State Court with the understanding from Ms Shollenberger that all actions for monetary gain on Mr. Charles' part would be dropped.

16. There is an affidavit of service for the New York State action with index number CV-008269-08/NY.

17. There is a continuous chain of assignments of Mr. Charles' credit card debt.

18. Mr. Charles has repudiated his valid debts at least one other time as well as this one.

19. Defendant admits no motion was made.

20. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

21. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

22. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

23. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

24. Defendant denies the allegation.

25. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

26. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

27. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

28. Defendant admits the chain of assignment went from Judgment Creditor, Pallisades Collection, LLC to Unifund CCR Partners.

29. Defendant admits the chain of assignment then went from Unifund CCR Partners to Bloomingdale Capital Management LLC.

30. This repeats 29

31. That is correct.

32. Defendant denies the allegation. None of the statements are incorrect and there are no inconsistencies except in Ms. Shollenberger's willful misunderstanding of the situation.

33. Defendant denies the allegations.

34. Defendant denies the allegation.

35. Defendant denies the allegation.

36. Defendant denies the allegation.

37. Defendant denies the allegation.

38. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

39. Defendant denies the allegation.

40. Defendant denies the allegation.

41. Defendant denies the allegation.

42. Defendant denies the allegation.

43. Defendant denies the allegation.

44. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

45. Defendant denies the allegation. Defendant filed an assignment of judgment from the Judgment Creditor to Defendant

46. Defendant is unable to admit or deny the suffering of Mr. Charles, he has been through this many times and may be inured to it.

47. Defendant denies the allegation. Mr. Charles is not entitled to any damages.

### FIRST AFFIRMATIVE DEFENSE

Ms. Shollenberger makes much of the sequence of the assignments from Pallisades Collection, LLC to Unifund CCR Partners to Bloomingdale Capital Management, LLC. It is true that Unifund assigned the debt to Bloomingdale before Pallisades assigned the debt to Unifund. Yet that is very common in securities. One can sell a security before it is bought or after it is bought. The sequence is unimportant. Credit card debt is bought and sold as an unregistered security.

One can see that Unifund was involved in the prosecution of the lawsuit against Mr. Charles by noting that the address on the judgment of the Judgment Creditor is Pallisades' address, but the Zip code is Unifund's.

### SECOND AFFIRMATIVE DEFENSE

Defendant agreed to vacate the judgment in State Court with the understanding from Ms Shollenberger, attorney for Mr. Charles, that all actions for monetary gain on Mr. Charles' part would be dropped.

**WHEREFORE** Defendant respectfully requests that this Court dismiss this action with prejudice without costs to either party.

DATED: 3rd of October, 2012

    Brooklyn New York

Respectfully Submitted,

*/s/ Gilead Kreiter*

Gilead Kreiter, pro se
291 14th Street
Brooklyn, NY 11215
718 360 1354 voice
718 788 0859 facsimile
Gil@BloomingdalePartners.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Michael Charles__

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

12 Civ. 4171 ( ) ( )

- against -

__Gilead Kreiter__

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, __Gilead Kreiter__, declare under penalty of perjury that I have
   (name)

served a copy of the attached __Answer to Amended Complaint__
                                (document you are serving)

upon __Elizabeth Shollenberger, Esq.__ whose address is __offices__
     (name of person served)

__of Schlanger + Schlanger__
              (where you served document)

by __email__.
   (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: __Brooklyn__, __NY__
        (town/city)  (state)

__October__ __4__, 20__12__
 (month)    (day)   (year)

Signature: /s/ Gilead Kreiter

Address: 291 14th St.

City, State: Brooklyn NY

Zip Code: 11215

Telephone Number: 718 360 1354